UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

ERNESTO GONZALEZ,

           Plaintiff,

vs.

TENANT TRACKER, INC. and HILLCREST DAVIDSON & ASSOCIATES,

           Defendants.

Case No.: 1:21-cv-21519-FAM

**NOTICE OF VOLUNTARY DISMISSAL WITH DEFENDANT HILLCREST DAVIDSON & ASSOCIATES**

---

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Ernesto Gonzalez and or their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant HILLCREST DAVIDSON & ASSOCIATES.

DATED: May 19, 2021

**COHEN & MIZRAHI LLP**
YOSEF STEINMETZ
Florida Bar No. 119968

      /s/ Yosef Steinmetz
      YOSEF STEINMETZ

300 Cadman Plaza West, 12th Floor
Brooklyn, NY  11201
Telephone:  929/575-4175
929/575-4195 (fax)
yosef@cml.legal

*Attorneys for Plaintiff*