UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-21519-CIV-MORENO**

ERNESTO GONZALEZ,

       Plaintiff,

vs.

TENANT TRACKER, INC., and HILLCREST
DAVIDSON & ASSOCIATES,

       Defendants.
_____/

## **FINAL ORDER OF DISMISSAL AS TO DEFENDANT HILLCREST DAVIDSON & ASSOCIATES**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal as to Defendant Hillcrest Davidson & Associates **(D.E. 4),** filed on **May 19, 2021**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant has neither answered the complaint nor moved for summary judgment. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice as to Defendant Hillcrest Davidson and Associates, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st of May 2021.

*Federico A. Moreno*
_____
      FEDERICO A. MORENO
      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record