## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION

|  |  |
|---|---|
| ERNESTO GONZALEZ, | |
| Plaintiff, | Case No.: 1:21-cv-21519-FAM |
| vs. | |
| TENANT TRACKER, INC., | **STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(b)** |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the venue of this action be transferred to the Eastern District of Texas, Sherman Division, pursuant to 28 U.S.C §1404(b).

DATED:  June 28, 2021

**COHEN & MIZRAHI LLP**
YOSEF STEINMETZ
Florida Bar No. 119968

*/s/ Yosef Steinmetz*
YOSEF STEINMETZ

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone:  929/575-4175
929/575-4195 (fax)
yosef@cml.legal

*Attorneys for Plaintiff*

DATED:  June 28, 2021

**GOLDEN SCAZ GAGAIN, PLLC**
CHARLES J. MCHALE, ESQ.
Florida Bar No. 0026555

*/s/ Charles J. Mchale*
CHARLES J. MCHALE, ESQ.

1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Fax: (813) 251-3675
cmcahel@gsgfirm.com

**MALONE, FROST, MARTIN PLLC**
MARISSA L. BOULANGER

      */s/ Marissa L. Boulanger*
      MARISSA L. BOULANGER

8750 N. Central Expressway
Northpark Central, Suite 1850
Dallas, Texas 75231
Phone: (214) 346-2630
Fax: (214) 346-2631
mboulanger@mamlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that I caused true and correct copy of this motion to be served on all counsel of record in this matter via ECF.

Dated: June 28, 2021    By: */s/Yosef Steinmetz*
                                     Yosef Steinmetz

                                *Attorneys for Plaintiff*