UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-21519-CIV-MORENO

ERNESTO GONZALEZ,

    Plaintiff,

vs.

TENANT TRACKER, INC., and HILLCREST
DAVIDSON & ASSOCIATES,

    Defendants.
_____/

### ORDER TRANSFERRING CASE TO EASTERN DISTRICT TO TEXAS

THIS CAUSE came before the Court upon Stipulation of Transfer of Case to the Eastern District of Texas (**D.E. 11**), filed on **June 28, 2021**.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the case is TRANSFERRED to the Eastern District of Texas pursuant to the parties' stipulation and 28 U.S.C. § 1404(b).

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of June 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Clerk of Court
Counsel of Record